BRETT L. TOLMAN, United States Attorney (#8821)
NICK M. NEWBOLD, Special Assistant U.S. Attorney (#4100)
JOHN S. GYGI, Special Assistant U.S. Attorney (#5476)
Attorneys for the United States of America
125 South State Street, Room 2227
Salt Lake City, Utah  84138
(801) 524-3205
john.gygi@sba.gov

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION
_____

| | |
|---|---|
| THE UNITED STATES OF AMERICA, through its agency, THE SMALL BUSINESS ADMINISTRATION,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTI JO ANDERSON, SHYAN K. VALENTINE, and CHRIS M. VALENTINE<br><br>    Defendants.<br>_____<br><br>CHRISTI JO ANDERSON,<br><br>    Third Party Plaintiff,<br><br>v.<br><br>GARY M. JOHNSON,<br><br>    Third Party Defendant. | Civil No. 2:07cv00030 DAK |

_____

**ORDER OF JUDGMENT**
_____

On or about May 2, 2007, Plaintiff, the United States of America, obtained default judgment against Defendants Shyan K. Valentine and Chris M. Valentine on the Second and Third Causes of Action in Plaintiff's Complaint. Plaintiff then filed a Motion for Summary Judgment in this matter against Defendant Christi Jo Anderson on the First Cause of Action in Plaintiff's Complaint. A hearing on the motion was held on September 16, 2008. Plaintiff was represented by John S. Gygi and Nick M. Newbold. Defendant Christy Jo Anderson was represented by David D. Jeffs. Based upon the pleadings and the hearing, and the Memorandum Decision and Order issued in relation thereto:

IT IS HEREBY ORDERED that Plaintiff is awarded final judgment on the First Cause of Action in its complaint against Christi Jo Anderson in the amount of $91,888.05, plus interest at the rate of 5% per annum from January 16, 2007, to the date of judgment, plus interest at the judgment rate thereafter.

IT IS FURTHER ORDERED that, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, Plaintiff is awarded final judgment against Shyan K. Valentine and Chris M. Valentine in the amount set forth in the default judgments previously obtained.

Dated the 14th day of January, 2009.

BY THE COURT:

_____
Honorable Dale A. Kimball
United States District Court Judge